JON M. SANDS
Federal Public Defender
**CHRISTINA M. WOEHR**
Assistant Federal Public Defender
NY State Bar No. 4956892
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
*christina_woehr@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:18-cr-02114-JAS-LAB |
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| vs. | |
| Steve Kenny Gable, | (First Request) |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) and (B) (iv) will occur as a result of this motion or an order based thereon.

Defendant, Steve Kenny Gable, through counsel, requests a 60-day continuance of the plea deadline set for November 21, 2018 and the trial date of December 11, 2018.  This request is made for the following reason(s):

1. Undersigned counsel needs additional time to prepare this matter for trial or to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

3. Assistant United States Attorney Angela Woolridge has been contacted and does not oppose this request.

///

1       RESPECTFULLY SUBMITTED this 21st day of November, 2018.

JON M. SANDS
Federal Public Defender

*s/ Christina M. Woehr*
CHRISTINA M. WOEHR
Assistant Federal Public Defender

*The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Angela W Woolridge
Assistant U.S. Attorney