**Law Office of Edminson-O'Brien, PLLC**
 P.O. Box 86898
Tucson, Arizona 84754
(520) 390-9317
*Darlene.edminsonobrien@gmail.com*
*AZ Bar Number: 017110*
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR18-2114 |
| Plaintiff, | |
| v. | MOTION TO CONTINUE PLEA DEADLINE AND TRIAL DATE (First Request) |
| STEVE KENNY GABLE, | |
| Defendant. | Hon. James A. Soto |

COMES NOW the defendant, STEVE KENNY GABLE, by and through counsel, pursuant to 18 U.S.C Section 3161(B), moves this Court to continue the trial and plea deadlines respectively set May 3, 2019 and May 21, 2019.

Mr. Gable is charged with Engaging in the Business of Dealing Firearms without a License pursuant to provisions set forth in Title 18 U.S.C Sections 922(a)(1)(A) and 924(a)(1)(D).

This motion is filed for the following reasons:

The Court appointed counsel to represent Mr. Gable on March 19, 2019 after granting previous counsel's Motion to Withdraw as counsel of record. Counsel is requesting the continuance because she needs additional time to evaluate the case and advise Mr. Gable. To date efforts have been undertaken with due diligence.

The AUSA, Angela Woolridge, does not oppose this motion and agrees to a 90-day continuance.

Mr. Gable agrees to waive time.

This motion is filed in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 4th day of April, 2019

s/ *Darlene Edminson-O'Brien*
Darlene Edminson-O'Brien
Attorney for Defendant

FILED IN CM/ECF with distribution to:

The Honorable James A. Soto
United States District Court Judge

AUSA Angela Woolridge

Pretrial Services