DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-2114TUC-JAS |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| STEVE KENNY GABLE, | |
| Defendant. | |
| | (5th Unopposed) |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant, Steve Gable, by and through his attorney undersigned, Dan H. Cooper, respectfully requests this Court to continue all scheduled dates including the plea deadline of May 22, 2020 and trial date of June 9, 2020.  This request is being made due to the current situation with COVID-19.  We anticipate a change of plea, which is in the process of being scheduled.

Therefore, it is respectfully requested that a continuance be granted.  Assistant United States Attorney, Angela Woolridge, has no objection to this motion.

RESPECTFULLY SUBMITTED this  21st  day of May, 2020.

By s/ *Dan H. Cooper*
Dan H. Cooper