UNITED STATES OF AMERICA,    )  CR-18-2114TUCJAS(LAB)

             Plaintiff,     )

    vs.                 )        CONSENT TO HOLD

                  )       CHANGE OF PLEA HEAING

STEVE KENNY GABLE,     )

            Defendant.    )

_____)

☒ FILED   ☐ LODGED

**Jun 22 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

After full consultation with counsel, I voluntarily consent to go forward before Magistrate Judge Leslie Bowman with my Change of Plea Hearing scheduled for June 22, 2020.

_Steve Kenny Gable_
Steve Kenny Gable

I have consulted with my client and he consents to the change of plea before Magistrate Judge Leslie Bowman .

_Dan H. Cooper_
Dan H. Cooper
COOPER AND UDALL PC

ANGELA WOOLRIDGE  Digitally signed by ANGELA WOOLRIDGE
Date: 2020.06.19 11:26:30 -07'00'
Angela W. Woolridge
Assistant U.S. Attorney