FILED ☒ LODGED ☐

**Jun 22 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Steve Kenny Gable,<br><br>              Defendant. | CR 18-2114-TUC-JAS (LAB)<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the defendant having pled guilty and having made an admission to facts in support of the plea, and the Court having considered those facts, it is

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America:

1. Tortort model Galil 5.56x45mm caliber rifle, serial number 0081;

2. Taurus model PT809C 9mm caliber pistol, serial number TML91295;

3. Tennessee Arms Co. multi-caliber lower receiver, serial number G000001208;

4. Tennessee Arms Co. multi-caliber lower receiver, serial number G00000563;

5. Tennessee Arms Co. multi-caliber lower receiver, serial number G000001537;

6. Anderson Manufacturing model AM-15 multi-caliber lower receiver, serial number 18114542; and

7. Anderson Manufacturing AM-15 multi-caliber lower receiver, serial number 18114521

which constitutes property involved in or traceable to property involved in for which the defendant pled guilty.

The Court has determined, based on the defendant's plea of guilty, that the government has established the requisite nexus between such property and such offense.

Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure the United States shall publish notice of this order. Notice shall be published for at least 30 consecutive days on an official internet government forfeiture site (www.forfeiture.gov). The notice shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition.

The petition shall be for a hearing to adjudicate the validity of his/her alleged interest in the forfeited property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n). The petition must be filed with the Clerk of the Court, United States District Court for the District of Arizona, 405 West Congress Street, Suite 1500, Tucson, Arizona 85701-5010, and a copy served upon Assistant United States Attorney Angela Woolridge, 405 West Congress Street, Suite 4800, Tucson, Arizona 85701-5040.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or

desirable to resolve factual issues.

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

The Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

Dated this 22nd day of June, 2020.

*Leslie A. Bowman*

HON. LESLIE A. BOWMAN
United States Magistrate Judge