DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-18-2114TUC-JAS |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **SENTENCING MEMORANDUM** |
| STEVE KENNY GABLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Steve Kenny Gable, through undersigned counsel, submits this sentencing memorandum. Mr. Gable is scheduled to be sentenced on August 31, 2020, following his guilty plea to the charge of Engaging in the Business of Dealing Firearms Without a License. There is no plea agreement.

The pre-sentence report submitted on July 28 is thorough and fair. It outlines both Mr. Gable's life history and the offense. As noted in the report, there are multiple mitigating factors. The recommendation by the probation department of a sentence of probation is based on those mitigating factors which are set forth below.

1

MENTAL AND PHYSICAL HEALTH

Mr. Gable has been hospitalized at least five times for mental health issues. He has been diagnosed with major depressive disorder as well as "psychosis NOS", which means it is not clear what illness causes the psychosis. What is clear, however, is that over the years Mr. Gable has taken psychotropic medications such as Trilafon, Depakote and Paxil to combat auditory hallucinations and to deal with his psychotic thinking. Mr. Gable's mental health problems are stabilized by medication but have made life extremely difficult.

Mental health issues are only one component of Mr. Gable's problems. He has numerous physical issues including high blood pressure, high cholesterol and diabetes. He currently takes ten different medications for his various medical issues. Moreover, pain has been a constant problem for Mr. Gable for nearly thirty years. He broke his back in an industrial accident in 1989 which led to his disability. He currently is treated with epidural injections at the Tucson Pain Institute as well as with daily Hydrocodone pills. Mr. Gable is in constant, debilitating pain which makes even walking a few steps a difficult task.

CRIMINAL HISTORY

Despite a lifetime of poverty coupled with mental health problems, Mr. Gable has no criminal history. He has not even been arrested. The arrest in this case was the first time Mr. Gable has been involved in the criminal justice system. This lack of criminal history is an obvious mitigating factor but is even more noteworthy because of the other difficulties in Mr. Gable's life.

REMORSE

The presentence report describes Mr. Gable as being "depressed" after his indictment in this case and experiencing nightmares about going to prison. He also describes himself as remorseful. In fact, Mr. Gable is not only remorseful, but has been self-flagellating since being charged. He prides himself on being a law-abiding citizen and cannot forgive himself for being so stupid. While it is often difficult to measure remorse, it is obvious that Mr. Gable is sincerely sorry for his actions.

THE OFFENSE

The offense itself is not a mitigating factor. However, the stupidity of the offense, or how it was not necessary, should be considered. Mr. Gable never attempted to hide that he was building guns. He ordered parts from legitimate vendors, serial numbers of the guns were not obscured, he

advertised in periodicals where people interested in buying guns would look. Mr. Gable has no criminal history and could have obtained a license to sell firearms. He did, in fact, consider gun building a hobby which eventually supplemented his extremely meager disability income. The income he derived from making and selling guns was certainly not substantial. But, as Mr. Gable has repeatedly said since his arrest, "I can't believe I was so stupid." It is no defense to the crime that he was unaware he needed a license. It is, however, an explanation as to why he so openly, without attempting to hide his behavior, committed the offense.

COVID FACTORS

Although all of the factors listed above provide reason for leniency, perhaps the most compelling factor is the current pandemic and Mr. Gable's vulnerability. Prisons, of course, have become breeding grounds for the coronavirus and COVID-19. Mr. Gable has underlying conditions which make him particularly susceptible. He is a diabetic whose overall health is not good. He is also obese which is both a critical factor in catching the virus and in surviving it. Perhaps Mr. Gable deserves to go to prison, perhaps not. But he does not deserve to be placed in certain danger given all the risk factors he possesses.

RESPECTFULLY SUBMITTED this 10th day of August, 2020.

By  s/ *Dan H. Cooper*
Dan H. Cooper